IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICKI WILLIAMS,

    Plaintiff,

vs.                                       CASE NO.: 4:10-cv-66-SPM/WCS

STATE, et. al,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 3). Plaintiff has been mailed a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 3) is *adopted* and incorporated by reference in this order.

2.     The case is *dismissed* for failure to state a claim upon which relief may be granted and because Plaintiff has failed to pay the filing fee or submit an *in forma pauperis* motion.

DONE AND ORDERED this eighteenth day of March, 2010.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        Chief United States District Judge